RICHARD GAHAN, Appellant, *v.* JOSEPH N. NEVILLE, Respondent.

Money won at play, cannot be recovered at common law.

This Court, on reversing a judgment, may render such judgment as the Court below should have done.

APPEAL from the District Court of the Seventh Judicial District, for Sonoma County.

Gahan sued Neville for $635, for work and labour in building a house for the defendant; and claiming a lien on the house, under a notice filed in the recorder's office, pursuant to the Mechanic's Lien Act.

The defendant answered, denying the complaint ; and setting up an indebtedness from the plaintiff to the defendant.

The cause was tried by the Court, who found that in March, 1851, the defendant was indebted to the plaintiff in the sum of $635; and that between said time and the commencement of the action, the plaintiff became indebted to the defendant in the sum of $500, for money won by the defendant from the plaintiff, at a game called euchre : and therefore, that the defendant was indebted to the plaintiff in the sum of $135 ; for which sum, with costs, final judgment was rendered.  The lien is not noticed in the finding or judgment.  The plaintiff appealed.

*Shattuck* and *Baine*, for the appellant.

PER CURIAM.  On the authority of Bryant *v.* Mead, in this Court, the judgment of the Court below is reversed : and this Court proceeding to render such judgment as the Court below

should have rendered, do order and adjudge, that the appellant recover of the respondent the sum of $635, with 10 per cent. per annum interest, from the 17th day of March, 1851; with costs in both courts.